**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1183**

_____

WANDA SCOTT,

              Plaintiff – Appellant,

        v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Mary G. Lewis, District Judge. (6:13-cv-00943-MGL)

_____

Submitted:  September 17, 2015        Decided:  November 5, 2015

_____

Before WILKINSON, KING, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wanda Scott, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Scott appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Soc. Sec. Admin., No. 6:13-cv-00943-MGL (D.S.C. Feb. 5, 2015). We deny all of Scott's pending motions, including her motions for a court order, to unmoot, for change of venue, for recusal, and for public PACER. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED